Stuart Siris, Esq.
SOLOMON & SIRIS, P.C.
50 Charles Lindbergh Blvd., Ste. 505A
Uniondale, New York 11553
(516)228-9350
Attorneys for Defendant for Trevor Locke

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

SUNTRUST BANK AS TRUSTEE UNDER SELF-DIRECTED INDIVIDUAL RETIREMENT AGREEMENT WITH EDWIN V. COOKSEY, M.D. DATED OCTOBER 16, 2003 and SUNTRUST BANK AS TRUSTEE UNDER SELF-DIRECTED RETIREMENT AGREEMENT WITH ALLEN S. LEWIS, M.D. DATED OCTOBER 14, 2003,

         Plaintiffs,

 -against-

TREVOR LOCKE; FREMONT INVESTMENT & LOAN; JUDITH WILSON; SELMA WINSTON, TTEE UAD 4/20/90 BY SELMA WINSTON, REVOCABLE TRUST; NEW YORK CITY DEPARTMENT OF FINANCE; ENVIRONMENTAL CONTROL BOARD OF THE CITY OF NEW YORK, and JOHN DOES 1-200, their heirs, devisees and person representatives and his, their or any of their successors in right, title and interest, the names of the last two-hundred defendants being unknown to plaintiff, the persons or parties intended to be any person in possession of or claiming an interest in or against the property described in the verified complaint, and whose interest may not be protected under applicable emergency rent laws,

         Defendants.

**RULE 7.1 DISCLOSURE STATEMENT**

07 1006

BLOCK 1

LEVY M.

---

  Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure, defendant TREVOR LOCKE is an individual and is not an indirect, wholly owned subsidiary of a publicly held company.

             SOLOMON & SIRIS, P.C.
             Attorneys for Defendant TREVOR LOCKE

             By:_____
               STUART SIRIS (SS2771)

Dated: March 9, 2007