# SOLOMON & SIRIS, P.C.

ATTORNEYS AT LAW

50 CHARLES LINDBERGH BLVD., STE. 505A

UNIONDALE, NY 11553

(516) 228-9350

FAX (516) 228-4305

STUART SIRIS

BILL TSEVIS

MICHAEL J. ROWEN

LEWIS J. SOLOMON (RETIRED)

OF COUNSEL

MICHAEL J. SIRIS

May 1, 2007

**VIA FACSIMILE (718)613-2345**

Magistrate Judge Robert M. Levy, Esq.
U.S. District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Suntrust Bank v. Trevor Locke, et al.
Civil Action No.: 07 1006
Our File No.: 4327-227

Dear Judge Levy:

    I represent the Defendant, Trevor Locke in the above-captioned matter. In furtherance of my telephone conversation this morning with Janine Marino, I write this letter with the consent of the Plaintiff's attorney to request an adjournment of the initial conference scheduled for May 3, 2007 at 10:15 a.m..

    The reason for the request for an adjournment is that this matter, which was originally a State Court foreclosure action pending in Kings County, was removed on March 9, 2007 to the, United States Court for the Eastern District because of a related bankruptcy case that is proceeding in the Southern District before Judge Robert D. Drain. A copy of the Notice of Removal can be found as Item #1 on the Docket Report.

    On March 12, 2007, I notified Judge Block in writing that this case was removed to him and requested that the Court, pursuant to 28 U.S.C. §157, refer this action to the United States Bankruptcy Court. A copy of the March 12, 2007 letter is enclosed for your convenient reference. Please note that I also forwarded a copy of this letter to your chambers on March 14, 2007.

    Because this matter, respectfully, should ultimately be referred to Judge Drain, both counsel for the Plaintiff and I respectfully believe that the initial conference scheduled for May 3, 2007 would be unproductive. At the suggestion of Janine Marino of your chambers I have contacted Judge Block's chambers to follow up with respect to my request for a referral to the United States Bankruptcy Court. I was advised to electronically file my previous letter to Judge Block.

Magistrate Judge Robert M. Levy, Esq.  May 1, 2007
United States District Court EDNY  Page 2

    Accordingly, it is respectfully requested that your Honor adjourn the initial conference scheduled for May 3, 2007 so that the measures that need to be taken in order to refer this case to the United States Bankruptcy Court under 28 U.S.C.§157 can be accomplished.

    Pursuant to Ms. Marino's advice, I am also filing this letter electronically.

    Thank you for your consideration of this letter.

                                      Respectfully submitted,

                                      STUART SIRIS

SS/be
cc: Greenberg Traurig (via facsimile 212-801-6400)
      Attn: Daniel Milstein, Esq.

## SOLOMON & SIRIS, P.C.
ATTORNEYS AT LAW
50 CHARLES LINDBERGH BLVD., STE. 505A
UNIONDALE, NY 11553

(516) 228-9350
FAX (516) 228-4305

STUART SIRIS
BILL TSEVIS
MICHAEL J. ROWEN

LEWIS J. SOLOMON (RETIRED)
OF COUNSEL
MICHAEL J. SIRIS

March 12, 2007
**VIA FEDERAL EXPRESS**

Honorable Frederic Block
United States District Court - Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   Suntrust Bank v. Trevor Locke, et al.
           Civil Action No.: 07 1006
           Our File No.: 4327-227

Dear Justice Block:

    I am writing to you on behalf of the Defendant, Trevor Locke, in connection with the above referenced matter which on March 9, 2007 was removed to the United States District Court for the Eastern District from the Supreme Court of the State of New York, County of Kings. A copy of the Notice of Removal is enclosed for your convenient reference.

    A Notice of Filing of Notice of Removal and the Notice of Removal have been served upon the Plaintiff's attorney and are being filed with the State Court.

    As you can see from the Notice of Removal, the State Court action is related to the Bankruptcy case commenced under Title 11 and Adversary Proceeding pending in the United States Bankruptcy Court, Southern District of New York before the Honorable Robert D. Drain.

    It is respectfully requested that pursuant to 28 U.S.C. §157, that the Court refer this action to the United States Bankruptcy Court for the Eastern District of New York, and/or if it is within the Court's power, to refer this action directly to Judge Drain.

    Thank you for your consideration of this letter.

                                  Respectfully,

                                  STUART SIRIS

SS/be
Enc.
cc: Greenberg Traurig, LLP
      Attn: Daniel Milstein, Esq.
      Steven Sinatra, Esq.