# SOLOMON & SIRIS, P.C.

ATTORNEYS AT LAW

50 CHARLES LINDBERGH BLVD., STE. 505A

UNIONDALE, NY 11553

(516) 228-9350

FAX (516) 228-4305

STUART SIRIS
BILL TSEVIS
MICHAEL J. ROWEN

LEWIS J. SOLOMON (RETIRED)

OF COUNSEL
MICHAEL J. SIRIS

May 1, 2007

Honorable Frederic Block
United States District Court - Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Suntrust Bank v. Trevor Locke, et al.
Civil Action No.: 07 1006
Our File No.: 4327-227

Dear Judge Block:

I am writing to you on behalf of the Defendant, Trevor Locke, in connection with the above referenced matter which on March 9, 2007 was removed to the United States District Court for the Eastern District from the Supreme Court of the State of New York, County of Kings. A copy of the Notice of Removal has been electronically filed and can be found as Item #1 on the Docket Report.

A Notice of Filing of Notice of Removal and the Notice of Removal have been served upon the Plaintiff's attorney and has been filed with the State Court.

As you can see from the Notice of Removal, the State Court action is related to the Bankruptcy case commenced under Title 11 and an Adversary Proceeding pending in the United States Bankruptcy Court, Southern District of New York before the Honorable Robert D. Drain.

It is respectfully requested that pursuant to 28 U.S.C. §157, that the Court refer this action to the United States Bankruptcy Court for the Eastern District of New York, and/or if it is within the Court's power, to refer this action directly to Judge Drain.

Please note that on March 12, 2007 I sent you a similar letter by overnight mail because I was under the impression that correspondence had to be sent by mail to the Court rather than by electronic filing. In an abundance of caution, I am also sending a copy of this letter to you and Plaintiff's counsel by mail.

Honorable Frederic Block
United States District Court - Eastern District

Thank you for your consideration of this letter.

Respectfully,

STUART SIRIS

SS/be
Enc.
cc: Greenberg Traurig, LLP
    Attn: Daniel Milstein, Esq.