UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUNTRUST BANK AS TRUSTEE UNDER SELF-DIRECTED INDIVIDUAL RETIREMENT AGREEMENT WITH EDWIN V. COOKSEY, M.D. DATED OCTOBER 16, 2003 and SUNTRUST BANK AS TRUSTEE UNDER SELF-DIRECTED RETIREMENT AGREEMENT WITH ALLEN S. LEWIS, M.D. DATED OCTOBER 14, 2003, <br><br> Plaintiffs, <br><br> -against- <br><br> TREVOR LOCKE; FREMONT INVESTMENT & LOAN; JUDITH WILSON; SELMA WINSTON, TTEE UAD 4/20/90 BY SELMA WINSTON, REVOCABLE TRUST; NEW YORK CITY DEPARTMENT OF FINANCE; ENVIRONMENTAL CONTROL BOARD OF THE CITY OF NEW YORK, and JOHN DOES 1-200, their heirs, devisees and person representatives and his, their or any of their successors in right, title and interest, the names of the last two-hundred defendants being unknown to plaintiff, the persons or parties intended to be any person in possession of or claiming an interest in or against the property described in the verified complaint, and whose interest may not be protected under applicable emergency rent laws, <br><br> Defendants. | Civil Action No.: 07/1006 <br><br> **STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the Plaintiffs and for the Defendant, TREVOR LOCKE, that the above-captioned case be transferred to the Southern District of New York Bankruptcy Court, and specifically to Bankruptcy Judge Robert D. Drain, as related to a pending action therein, pursuant to 28 U.S.C. Section 157.

This stipulation is entered into by the Plaintiffs without prejudice and with reservation of their rights, if any, to seek a remand of this action from the Southern District of New York Bankruptcy Court to the Supreme Court State of New York for Kings County.

This stipulation is further entered into without prejudice and with a reservation of all rights of the Defendant, TREVOR LOCKE, to oppose to any actions taken by the Plaintiffs to seek to remand this case to such state court.

The parties agree and request that this stipulation be "So Ordered" by the Court.

Dated: May 17, 2007

| | |
|---|---|
| GREENBERG TRAURIG, LLP<br>Attorneys for Plaintiffs<br><br>By: _____<br>Daniel Milstein, Esq.<br>200 Park Avenue<br>New York, New York 10166 | SOLOMON & SIRIS, P.C.<br>Attorneys for Defendant TREVOR LOCKE<br><br>By: _____<br>Stuart Siris, Esq.<br>50 Charles Lindbergh Boulevard, Ste. 505A<br>Uniondale, New York 11553 |

So Ordered:

s/Frederic Block, Sr. USDJ
Judge Frederic Block
5/21/07