# MEMO ENDORSED

**SOLOMON & SIRIS, P.C.**
ATTORNEYS AT LAW
50 CHARLES LINDBERGH BLVD., STE. 505A
UNIONDALE, NY 11553

(516) 228-9350
FAX (516) 228-4305

STUART SIRIS
BILL TSEVIS

LEWIS J. SOLOMON (RETIRED)
OF COUNSEL
MICHAEL J. SIRIS

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/07
```

July 31, 2007

<u>Via Facsimile (212) 805-7949</u>
Honorable P. Kevin Castel
United States District Court - Southern District
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12C
New York, New York 10007

    Re:  Suntrust Bank v. Trevor Locke, et al.
          Civil Action No.: 07 Civ. 4533 (PKC)
          <u>Our File No.: 4327-227</u>

Dear Judge Castel:

    I am writing to you on behalf of the Defendant, Trevor Locke, in connection with the above-referenced matter which on March 9, 2007 was removed to the United States District Court for the Eastern District from the Supreme Court of the State of New York, County of Kings. The case was later transferred by the United States District Court for the Eastern District to the Southern District by the "So Ordered" Stipulation, a copy of which is enclosed.

    As you can see from the "So Ordered" Stipulation, it provided for the transfer of this case to the Southern District of New York Bankruptcy Court. This is because the action is related to a Bankruptcy case commenced under Title 11 and Adversary Proceeding pending in the United States Bankruptcy Court, Southern District of New York before the Honorable Robert D. Drain.

    Accordingly, it is respectfully requested that pursuant to 28 U.S.C. §157, that the Court refer this action to Judge Drain and that the pre-trial conference scheduled for this Friday, August 3, 2007 at 11:45 a.m. be cancelled or, if necessary, adjourned.

    Thank you for your consideration of this letter.

Respectfully,
STUART SIRIS

SS/jl
Enclosure
cc: Greenberg Traurig, LLP
    Attn: Daniel Milstein, Esq.

---

*Handwritten endorsement:*

The conference scheduled for August 3 is vacated. The action is referred to United States Bankruptcy judge Robert D. Drain of this District pursuant to 28 USC §157.

SO ORDERED
[signed]
USDJ
7-31-07

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---

SUNTRUST BANK AS TRUSTEE UNDER SELF-
DIRECTED INDIVIDUAL RETIREMENT
AGREEMENT WITH EDWIN V. COOKSEY, M.D.
DATED OCTOBER 16, 2003 and SUNTRUST BANK
AS TRUSTEE UNDER SELF-DIRECTED RETIREMENT
AGREEMENT WITH ALLEN S. LEWIS, M.D. DATED
OCTOBER 14, 2003,

                      Plaintiffs,

-against-

TREVOR LOCKE; FREMONT INVESTMENT & LOAN;
JUDITH WILSON; SELMA WINSTON, TTEE UAD
4/20/90 BY SELMA WINSTON, REVOCABLE TRUST;
NEW YORK CITY DEPARTMENT OF FINANCE;
ENVIRONMENTAL CONTROL BOARD OF THE CITY
OF NEW YORK, and JOHN DOES 1-200, their heirs, devisees
and person representatives and his, their or any of their successors in right,
title and interest, the names of the last two-hundred defendants being
unknown to plaintiff, the persons or parties intended to be any person in
possession of or claiming an interest in or against the property described in
the verified complaint, and whose interest may not be protected under
applicable emergency rent laws,

                      Defendants.

Civil Action No.: 07/1006

**STIPULATION**

---

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the Plaintiffs and for the Defendant, TREVOR LOCKE, that the above-captioned case be transferred to the Southern District of New York Bankruptcy Court, and specifically to Bankruptcy Judge Robert D. Drain, as related to a pending action therein, pursuant to 28 U.S.C. Section 157.

      This stipulation is entered into by the Plaintiffs without prejudice and with reservation of their rights, if any, to seek a remand of this action from the Southern District of New York Bankruptcy Court to the Supreme Court State of New York for Kings County.

      This stipulation is further entered into without prejudice and with a reservation of all rights of the Defendant, TREVOR LOCKE, to oppose to any actions taken by the Plaintiffs to seek to remand this case to such state court.

      The parties agree and request that this stipulation be "So Ordered" by the Court.

Dated: May 17, 2007

GREENBERG TRAURIG, LLP
Attorneys for Plaintiffs

By: _____
Daniel Milstein, Esq.
200 Park Avenue
New York, New York 10166

SOLOMON & SIRIS, P.C.
Attorneys for Defendant TREVOR LOCKE

By: _____
Stuart Siris, Esq.
50 Charles Lindbergh Boulevard, Ste. 505A
Uniondale, New York 11553

So Ordered:

s/Frederic Block, Sr. USDJ
Judge Frederic Block
5/21/07